# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 25-MJ-00048-JAM |
| OWEN MCINTIRE, | ) ) ) |
| Defendant. | ) ) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant not having waived counsel, it is

**ORDERED** that Laine Cardarella, Federal Public Defender, and all her assistant public defenders—1000 Walnut, Ste. 600, Kansas City, Missouri 64106, telephone number (816) 471-8282—are hereby appointed to represent the Defendant before the Court in all proceedings unless and until relieved by order of the United States District Court for the Western District of Missouri.

　　　　　　　　　　　　　　　　　　　　　*/s/Jill A. Morris*
　　　　　　　　　　　　　　　　　　　　　HONORABLE JILL A. MORRIS
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Kansas City, Missouri
April 24, 2025