# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:25−mj−03081−JDH−1

| | |
|---|---|
| Case title: USA v. McIntire | Date Filed: 04/18/2025 |

Assigned to: Magistrate Judge Jessica D. Hedges

**Defendant (1)**

| | | |
|---|---|---|
| **Owen McIntire** | represented by | **Curtis Ray Pouliot−Alvarez**<br>Federal Public Defender<br>51 Sleeper Street<br>5th Floor<br>Boston, MA 02210<br>617−223−8061<br>Email: curtis_pouliot−alvarez@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 844(i)− MALICIOUS DESTRUCTION OF PROPERTY;<br><br>26 U.S.C. §§5845(a)(8) and (f), 5861(d) and 5871− UNLAWFUL POSSESSION OF AN UNREGISTERED FIREARM−DESTRUCTIVE | |

DEVICE

**Plaintiff**

**USA**     represented by     **Eric L. Hawkins**
DOJ−USAO
Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617−947−6045
Email: eric.hawkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Sandra Gonzalez Sanchez**
DOJ−USAO
Moakley Federal Courthouse
One Courthouse Way
Ste 9200
Boston, MA 02210
617−748−3273
Email: sandra.gonzalez.sanchez@usdoj.gov
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/18/2025 | 1 | ELECTRONIC NOTICE of Case Assignment as to Owen McIntire; Magistrate Judge Jessica D. Hedges assigned to case. (MM) (Entered: 04/22/2025) |
| 04/18/2025 |  | Arrest (Rule 5) of Owen McIntire (MM) (Entered: 04/22/2025) |
| 04/18/2025 | 2 | Rule 5(c)(3) Documents Received as to Owen McIntire (Attachments: # 1 Copy of complaint, # 2 Affidavit) (MM) (Entered: 04/22/2025) |
| 04/18/2025 | 3 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jessica D. Hedges: Initial Appearance in Rule 5(c)(3) Proceedings as to Owen McIntire held on 4/18/2025; case called; USMJ Hedges informs the Dft. of his Rule 5 rights and charges; Dft.submits cja 23 form and requests counsel; FD Alvarez is appointed for the proceeding in this district; the United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant; the Govt. states the maximum penalties and moves for detention under 18 USC 3142(f)(1)(a),(f)(1)(e) and 18 USC 3142(f)(2)(A); the Dft. requested the detention hearing be scheduled for 4/22/25 @ 12:00pm.; USMJ Hedges ordered the Dft. remanded to the custody of the US Marshal pending a hearing on 4/22/25. (Attorneys present: AUSA Hawkins and FD Alvarez.)Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (TFQ) (Entered: |

| | | |
|---|---|---|
| | | 04/22/2025) |
| 04/18/2025 | 6 | Magistrate Judge Jessica D. Hedges: ORDER entered. ORDER APPOINTING FEDERAL DEFENDER PROGRAM as to Owen McIntire (TFQ) (Entered: 04/22/2025) |
| 04/18/2025 | 7 | Magistrate Judge Jessica D. Hedges: ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) entered as to Owen McIntire. (TFQ) (Entered: 04/22/2025) |
| 04/22/2025 | 4 | NOTICE OF ATTORNEY APPEARANCE: Curtis Ray Pouliot−Alvarez appearing for Owen McIntire. Type of Appearance: Federal Defender Office. (Pouliot−Alvarez, Curtis) (Entered: 04/22/2025) |
| 04/22/2025 | 8 | ELECTRONIC NOTICE OF HEARING as to Owen McIntire Detention hearing set for 4/24/2024 at 10:00 AM in Courtroom 15 (In person only) before Magistrate Judge Jessica D. Hedges. Counsel for Mr. McIntire shall file a proposed plan for release at least one day before the scheduled detention hearing. The plan for release need not include an extensive recitation of applicable law, but it must set forth in reasonable detail Mr. McIntires plan for release and the proposed conditions of such release, including, but not limited to, Mr. McIntires proposed residence upon release, the status of his employment, his ties to the community, and a description of programs or resources which he may rely upon to support his compliance with the conditions of release. Before the hearing, counsel for Mr. McIntire and for the Government shall meaningfully confer with each other and with the U.S. Office of Probation and Pretrial Services regarding Mr. McIntires plan for release. Counsel for the Government shall be prepared to explain at the hearing why Mr. McIntires proposed conditions of release are insufficient under 18 U.S.C. § 3142(TFQ) (Entered: 04/22/2025) |
| 04/22/2025 | 9 | NOTICE OF ATTORNEY APPEARANCE Sandra Gonzalez Sanchez appearing for USA. (Gonzalez Sanchez, Sandra) (Entered: 04/22/2025) |
| 04/23/2025 | 10 | Memorandum regarding Opposition to Government's Motion for Detention and Notice of Proposed Release Plan as to Owen McIntire (Pouliot−Alvarez, Curtis) (Entered: 04/23/2025) |
| 04/24/2025 | 11 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Jessica D. Hedges: Detention Hearing as to Owen McIntire held on 4/24/2025; case called; counsel have agreed to proceed via proffer; Dft. waives identity hearing and preliminary hearing; the Govt. proffers evidence and makes argument for detention; the Dft. makes argument for release and proffers conditions of release; USMJ Hedges makes finding Dft. can be released, sets conditions of release and orders the Dft. to appear in the charging district, Thursday, 5/1/25 at 1:00 p.m. (CST). The hearing will be in front of the Honorable Jill A. Morris,Courtroom 7E, Charles Evans Whittaker United States Courthouse, 400 East Ninth Street, Kansas City, MO 64106 (Attorneys present: AUSA Sanchez and FD Alvarez. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (TFQ) (Entered: 04/24/2025) |
| 04/24/2025 | 12 | Magistrate Judge Jessica D. Hedges: ORDER entered. ORDER Setting Conditions of Release as to Owen McIntire. (TFQ) (Entered: 04/24/2025) |
| 04/24/2025 | 13 | WAIVER of Rule 5 and 5.1 Hearings by Owen McIntire (TFQ) (Entered: 04/28/2025) |

| 04/28/2025 | 14 | Magistrate Judge Jessica D. Hedges: ORDER to Appear in the Western District of Missouri entered. as to Owen McIntire (TFQ) (Entered: 04/28/2025) |